1  TRINETTE G. KENT (State Bar No. 222020)
2  10645 North Tatum Blvd., Suite 200-192
   Phoenix, AZ 85028
3  Telephone:  (480) 247-9644
4  Facsimile:  (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 Shani Saylor

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16

17 | Shani Saylor,                              | Case No.: 1:14-cv-03291-NJV
18 |                                            |
   |             Plaintiff,                     | ~~VOLUNTARY WITHDRAWAL~~
19 |                                            |
20 |       vs.                                  | ORDER RE VOLUNTARY
   |                                            | DISMISSAL OF ACTION
21 | Credit Bureau of Ukiah; and DOES 1-10,     |
22 | inclusive,                                 |
23 |             Defendants.                    |

24

25

26

27

28

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Shani Saylor ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: <u>  /s/  Trinette G. Kent         </u>
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Shani Saylor

```
No Defendant having yet appeared, this action is properly
dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). The
Clerk of the Court is directed to close this case.
```

IT IS SO ORDERED:

<u>  October 23, 2014   </u>

Honorable <u>Nandor J. Vadas</u>
      United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On October 21, 2014, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

**BY ELECTRONIC FILING:** I hereby certify that on October 21, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Credit Bureau of Ukiah<br>117 CLARA AVE<br>UKIAH CA 95482 | **Attorney for Defendants Credit Bureau of Ukiah** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 21, 2014.

By: <u>  /s/   *Trinette G. Kent*          </u>
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Shani Saylor